Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@msn.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA G. BALTAZAR,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:07-CV-00484-OWW-DLB<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including December 28, 2007, in which to file Plaintiff's Opening Brief. All other deadlines set forth in the April 3, 2007, Scheduling Order shall be extended accordingly.

IT IS SO ORDERED


DATE:                              /s/ Dennis L. Beck
                                      United States Magistrate Judge