DENISE BOURGEOIS HALEY
ATTORNEY AT LAW 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4712

TEL: 562/868-5886
FAX:  562/868-5491
E-MAIL: rohlfing_office@msn.com

Attorney for plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA G. BALTAZAR,<br><br>    Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY,<br><br>    Defendant | Case No. 1:07-CV-00484-OWW-DLB<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Based upon the parties' Stipulation to Dismissal With Prejudice ("Stipulation"),

**IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice. Each party shall bear his/her own costs and expenses, including but not limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

DATED: January 8, 2008

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com